Commonwealth *v.* McGready, Appellant.

Argued June 14, 1973. *Larry S. Keiser*, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Norris E. Gelman*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.